Dismissed and Memorandum Opinion filed April 6, 2006









Dismissed and Memorandum Opinion filed April 6, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00255-CR

____________

 

LEO PUENTE ESPINOZA,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County, Texas

Trial Court Cause No. 729,043

 



 

M E M O R A N D U M   O P I N I O N

Pursuant to a plea bargain, appellant entered a guilty plea
to the offense of aggravated assault in exchange for deferred adjudication of
guilt.  Subsequently, the State moved to
adjudicate guilt. 

After a plea of true, appellant was convicted of the offense
of aggravated assauualt  and sentenced to
confinement for eight years in the Institutional Division of the Texas
Department of Criminal Justice on October 21, 2005. No timely motion for new
trial was filed.  Appellant=s notice of appeal was not filed
until March 17, 2006.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 6, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).